# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO. 1:19-CR-43** |
| v. : | (Judge Conner) |
| **SAQUEENA WILLIAMS and** : | |
| **NYREE LETTERLOUGH,** : | |
| Defendants : | |

## **ORDER**

AND NOW, this 29th day of December, 2020, upon consideration of the motions (Docs. 62, 63) to sever by defendants Saqueena Williams and Nyree Letterlough, and the motion (Doc. 63) to suppress by Williams, and the parties' respective briefs in support of and opposition to said motions, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The motions (Doc. 62, 63) to sever are DENIED.

2. The motion (Doc. 63) to suppress is DENIED.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania